1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,

10              Plaintiff,

11       v.                                              CASE NO. C00-890JLR

12  RSR CORPORATION, et al.,                             ORDER

13              Defendants.

14

15

16   This matter comes before the court on Defendants' unopposed motion for

17  disbursement of interest on funds it deposited into the registry (Dkt. # 143). In October

18  2005, Defendants deposited $8.5 million into the court's registry to satisfy a proposed

19  consent judgment resolving this action. The funds remained in the registry until March

20  2006, when the mandatory public comment period for the consent judgment ended and

21  the Government moved to enter judgment.

22   The deposited funds accrued interest while they remained in the registry, and the

23  parties now agree that Defendant RSR Corporation is entitled to the accrued interest.

24   The court therefore GRANTS Defendants' motion (Dkt. # 143). The clerk is

25  authorized and directed to draw a check on the funds on deposit in the registry of the

26  court. The amount of the check shall be the sum of all remaining funds in the account,

27  minus any statutory user's fees, and shall be payable to "RSR Corporation."

28

ORDER – 1

1   The clerk shall mail the check to local counsel for RSR Corporation:

2   James M. Beecher
    Hackett Beecher & Hart
3   1601 Fifth Avenue
    Suite 2200
4   Seattle, WA  98101-1625

5   Dated this 31st day of July, 2006.

                                    _____
                                    JAMES L. ROBART
                                    United States District Judge

ORDER – 2